*E-Filed 4/2/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE MENDOZA, | No. C 09-5448 RS (PR) |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| JAMES SCHOMIG, | |
| Defendants. | |

This is a civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff was ordered to pay the filing fee, or file a complete application to proceed *in forma pauperis* ("IFP"), by December 21, 2009 or the action would be dismissed. Plaintiff has filed an incomplete application, having failed to file a copy of his prisoner trust account statement showing transactions for the last six months, and a certificate of funds completed and signed by an authorized prison officer. Accordingly, the action is DISMISSED without prejudice. Petitioner's motion to proceed IFP (Docket No. 2) is DENIED.

//

//

//

Petitioner's motion for the appointment of counsel (Docket No. 4) is DENIED.

This order terminates Docket Nos. 2 & 4.

The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED**.

DATED: April 1, 2010

RICHARD SEEBORG
United States District Judge

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Jose Mendoza
F-98251
La Palma Correctional Center
Inmate Mail/Parcels
5501 North La Palma Road
ELOY, AZ 85131


DATED: 04/2/2010

s/ Chambers Staff
Chambers of Judge Richard Seeborg

* Counsel are responsible for distributing copies of this document to any co-counsel who have not registered with the Court's electronic filing system.